### UNITED STATES of America, Plaintiff–Appellee,

v.

### Mike Andrew BROCKETT, Defendant–Appellant.

### No. 15–7474.

United States Court of Appeals, Fourth Circuit.

Submitted: March 31, 2016.

Decided: April 29, 2016.

Mike Andrew Brockett, Appellant Pro Se. Alyssa Kate Nichol, Office of the United States Attorney, Norfolk, VA, for Appellee.

Before MOTZ and THACKER, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mike Andrew Brockett appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for reduction of his sentence. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. *United States v. Brockett*, No. 2:92–cr–00088–4 (E.D.Va. July 24, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*